**Willie Goldie RUSSELL et al. v. Frank RUSSELL et al.**

No. 9965.

Circuit Court of Appeals, Ninth Circuit. March 23, 1942.

Willie Goldie Russell, of Los Angeles, Cal., in pro. per.

Cannon & Callister and David H. Cannon, all of Los Angeles, Cal., for appellees.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

## PER CURIAM.

Pursuant to stipulation of respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.